**Order issued May 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-00554-CR**
**No. 05-14-00555-CR**

---

**JARMAL DEON SPEED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Bridges, Lang, and Schenck

Based on the Court's opinion of this date, we **GRANT** the December 12, 2014 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jarmal Deon Speed, TDCJ No. 1926279, Daniel Unit, 938 South FM 1673, Snyder, Texas, 79549.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE